UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No. 2:14-cv-0961-EFB P<br><br><br>ORDER |

Michael Marks is a state prisoner proceeding without counsel. This action was opened when Mr. Marks filed a motion for an extension of time to file a petition for writ of habeas corpus. ECF No. 1. Mr. Marks has not properly commenced a civil action. *See Delarm v. McDonald*, No. Civ-S-11-0750-CKD P, 2011 WL 6012346, *2 n.6 (E.D. Cal. Dec. 1, 2011) ("filing a request for an extension of time to file a § 2254 habeas petition before the petition has actually been filed is not proper as there is no § 2254 action until the petition has been filed . . . .").

To commence a civil action, a party is required to file a complaint or petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003). In addition, a petitioner must either file an in forma pauperis affidavit or pay the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a).

/////

1

By order dated May 2, 2014, the court informed Mr. Marks that the case would be closed if did not properly commence a civil action within 30 days, by filing a petition for writ of habeas corpus, and either paying the filing fee or filing an application for leave to proceed in forma pauperis.  ECF No. 3.  Those 30 days have passed and Mr. Marks has not filed the necessary documents or otherwise responded to the court's order.

As Mr. Marks has not submitted a petition and either paid the filing fee or met the requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.

Accordingly, the Clerk is directed to close the case.

DATED:  June 6, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE